**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANDY CHEN LAI, | ) | CASE NO. CV 10-05334 PA (RZ) |
| Petitioner, | ) ) ) | JUDGMENT |
| vs. | ) ) | |
| K. HARRINGTON, WARDEN, | ) ) | |
| Respondent. | ) ) | |

This matter came before the Court on the Petition of ANDY CHEN LAI, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the fi.ndings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: March 28, 2011

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE